# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 6:15-cr-17 |
| | § | |
| CHAD CALHOUN | § | |

## <u>VERDICT OF THE JURY</u>

### COUNT I

As to Count One of the Superseding Indictment, we, the Jury, find Chad Calhoun:

_____√_____ GUILTY          _____ NOT GUILTY

### COUNT II

As to Count Two of the Superseding Indictment, we, the Jury, find Chad Calhoun:

_____√_____ GUILTY          _____ NOT GUILTY

12/10/15
_____          _____
Date                                                      Foreperson Signature

